# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. REYES,<br><br>    *Plaintiff*,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III,<br>Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | Case 1:17-cv-01643-JDB |

## NOTICE REGARDING MOTION TO FILE SURREPLY

Plaintiff Gregory Reyes hereby waives the privilege of filing a reply in support of his Motion to File a Surreply (Feb. 15, 2018), Doc. 16.

Dated: February 22, 2018

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
Peter A. Patterson (Bar No. 998668)
J. Joel Alicea (Bar. No. 1022784)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)