UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. REYES,<br><br>    Plaintiff,<br><br>        v.<br><br>MATTHEW G. WHITAKER, in his official capacity as Acting Attorney General of the United States, et al.,<br><br>    Defendants. | Civil Action No. 17-1643 (JDB) |

FINAL JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to 18 U.S.C. § 921(a)(20)(A) and 27 C.F.R. § 478.11, the prohibitions of 18 U.S.C. § 922(d)(1), 18 U.S.C. § 922(g)(1), 27 C.F.R. § 478.32(a)(1), and 27 C.F.R. 478.99(c)(1), do not apply to, and cannot be applied against, plaintiff Gregory L. Reyes on account of his convictions for securities fraud and making false filings with the Securities and Exchange Commission in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. § 240.10b-5; falsifying corporate books and records in violation of 15 U.S.C. §§ 78m(b)(2)(A) and 78ff, and 17 C.F.R. § 240.13b2-1; and making false comments to auditors in violation of 15 U.S.C. § 78ff and 17 C.F.R. § 240.13b2-2 (collectively, the "2010 convictions"); it is further

**ORDERED, ADJUDGED, AND DECREED** that defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are hereby enjoined from enforcing 18 U.S.C. § 922(d)(1), 18 U.S.C. § 922(g)(1), 27 C.F.R. § 478.32(a)(1), and 27 C.F.R. 478.99(c)(1) against Gregory L. Reyes on the basis of his 2010 convictions; and it is further

**ORDERED** that this judgment shall take effect 30 days after the expiration of time for defendants to appeal this Court's judgment, or if defendants appeal, 30 days after final disposition of any such appeal.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 21, 2018